## BRANDT *v.* WARDEN OF MARYLAND PENITENTIARY

[App. No. 4, September Term, 1966.]

*Decided November 15, 1966.*

Before HAMMOND, C. J., and HORNEY, MARBURY, BARNES and McWILLIAMS, JJ.

PER CURIAM.

For the reasons stated by Judge Foster in denying relief, the application for leave to appeal is denied.

*Application denied.*